UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALBERT JAIRAM BALDEO,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Petitioner,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER**
　　-　against -　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　13 Cr. 125 (PAC)
UNITED STATES OF AMERICA,　　　　　　:　　17 Civ. 1692 (PAC)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Respondent.　　　　　　　　　:
----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

On January 25, 2022, the Court issued an opinion and order denying Petitioner Baldeo's petition for a writ of error *coram nobis* and related claims. ECF No. 71.[1] Baldeo appealed that order but failed to request a Certificate of Appealability from this Court. ECF No. 72.

The Court declines to issue a Certificate of Appealability. Baldeo has not made a "substantial showing of the denial of a constitutional right." *Yu v. United States*, No. 07 CR 611 WHP, 2013 WL 1180426, at *1 (S.D.N.Y. Mar. 13, 2013). "[T]here can be no debate among reasonable jurists that Petitioner was not entitled to *coram nobis* relief." *Mutino v. United States*, No. 04-CR-0876(JS), 2019 WL 4015156, at *7 (E.D.N.Y. Aug. 23, 2019).

Dated: New York, New York　　　　　　　　　SO ORDERED
　　　　December 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. CROTTY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] All ECF entries refer to those docketed under Case No. 17 Civ. 1692.

1