UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT BALDEO,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 1:17-cv-01692(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 13, 2024, Plaintiff filed a motion to recuse and a petition to reverse his convictions. Dkt. 84. The deadline for Defendant to respond to the motion was November 27, 2024. That deadline has passed without Defendant filing its opposition or otherwise contacting the Court. As a courtesy, the Court will extend the deadline for Defendant's response to **December 9, 2024**. The deadline for Plaintiff's reply, if any, is extended to **December 16, 2024**. The Clerk of Court is directed to mail a copy of this order to Plaintiff at the address listed on the docket.

Dated: December 2, 2024
    New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge

1